UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YASMIN AGUILAR DIAZ,**

**Plaintiff,**

v.                                                    **Case No.  6:26-cv-1621-CEM-DCI**

**SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,
ATTORNEY GENERAL OF THE
UNITED STATES,
MARKWAYNE MULLIN,
UNITED STATES ATTORNEY
FOR THE MIDDLE DISTRICT
OF FLORIDA and UNITED
STATES CITIZENSHIP AND
IMMIGRATION SERVICES
(USCIS),**

**Defendants.**

_____/

### ORDER

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal

without prejudice (Doc. 7). Pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 10, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record